UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 21 Cr. 17-2 (KPF) |
| YELTSIN BELTRAN, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The Court understands from discussions with counsel for Defendant Yeltsin Beltran that counsel will not pursue the *pro se* motion filed by Mr. Beltran on or about October 12, 2021.  Given this information, the Court directs the Clerk of Court to terminate the pending motion at docket number 62 and to strike the document from the docket.

SO ORDERED.

Dated:  October 14, 2021
        New York, New York

                                          _____
                                          KATHERINE POLK FAILLA
                                          United States District Judge