UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 21 Cr. 17-2 (KPF) |
| YELTSIN BELTRAN, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of a request from Irving Cohen, counsel for Defendant Yeltsin Beltran, to withdraw from Mr. Beltran's representation for personal reasons. The Court hereby GRANTS counsel's request. The Court will also grant counsel's request to have his application for withdrawal filed ex parte and under seal. Moreover, the Court directs the CJA clerk to identify a member of the CJA panel with an upcoming duty day who does not have any conflict in representing Mr. Beltran. New counsel for Defendant, once assigned, is hereby ORDERED to advise the Government and the Court of the fact of his or her appointment.

The Clerk of Court is directed to mail a copy of this Order to Defendant's address of record.

SO ORDERED.

Dated: February 4, 2022
New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge