UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | :    S3 21 Cr. 017 (KPF) |
| -v.- | : |
| | : |
| YELTSIN BELTRAN, | :    ORDER |
| | : |
|                 **Defendant.** | : |

------------------------------------------------------------------X

Upon the application of the defendant Yeltsin Beltran by and through his attorney Mark S. DeMarco, it is hereby:

**ORDERED**, that the Westchester County Department of Corrections accept the following clothing, and any additional substitute clothing items, for Yeltsin Beltran, Inmate Number 229390, in advance of his trial which is scheduled to begin on Monday, September 11, 2023, and continue for approximately three weeks.

1. Three pairs of pants
2. Three dress/ button-down shirts
3. Three undershirts
4. Two suit/sport jackets
5. Three ties
6. One pair of dress shoes
7. Four pairs of socks

**ORDERED**, that the Westchester County Department of Corrections permit Mr. Beltran to wear such clothing and that the U.S. Marshal Service accept and transport Mr. Beltran to Court wearing such clothing on September 11, 2023, and any date thereafter until his trial is concluded.

Dated: New York, New York
      August  29 , 2023

SO ORDERED:

_____
Hon. Katherine Polk Failla
United States District Judge