UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>YELTSIN BELTRAN,<br><br>                    Defendant. | 21 Cr. 17-2 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Clerk of Court is directed to provide the necessary car service, to and from the courthouse, for Jurors #7 and #11, for the duration of trial in this matter, and shall pay all invoices.

SO ORDERED.

Dated:   September 22, 2023
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge