# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119, UNITED STATES OF AMERICA
+1 212 310 8000 tel
+1 212 310 8007 fax

**Daniel L. Stein**
+1 (212) 310-8140
Daniel.Stein@weil.com

September 13, 2024

<u>**ELECTRONICALLY FILED**</u>

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Re:   *United States of America v. Yeltsin Beltran*, 21-cr-00017-KPF

Dear Judge Failla:

     I represent the defendant, Yeltsin Beltran, in the above-captioned matter. Mr. Beltran is currently scheduled to be sentenced before this Court on October 1, 2024, and his sentencing submission is due on September 17, 2024. Mr. Beltran respectfully requests that the Court adjourn sentencing by thirty days to a date on or after October 31, 2024. While we have made substantial progress in preparing Mr. Beltran's sentencing submission, an adjournment will allow the defense additional time to confer with Mr. Beltran about remaining issues related to his sentencing.

     This is Mr. Beltran's fourth request to adjourn sentencing, and his second request since counsel was substituted in this matter. I've spoken with AUSA Frank Balsamello, who informed me that the Government consents to this request.

Respectfully submitted,

/s/ *Daniel L. Stein*
Daniel L. Stein

Cc: Assistant United States Attorneys Christopher Brumwell, Frank Balsamello, Benjamin Gianforti, Brandon Harper, and Mathew Andrews (via ECF)

Application GRANTED. The sentencing currently scheduled for October 1, 2024, is hereby ADJOURNED to **October 31, 2024,** at **3:00 p.m.**

The Clerk of Court is directed to terminate the pending motion at docket number 322.

Dated:     September 13, 2024          SO ORDERED.
           New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE